**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Northeast Ohio Neighborhood Health Services, Inc.,** *et al.***,** | ) ) ) | **CASE NO. 1:19 CV 2908** |
| Plaintiffs, | ) ) | **JUDGE PATRICIA A. GAUGHAN** |
| Vs. | ) ) | |
| **Travelers Casualty and Surety Company of America,** | ) ) ) | <u>Order of Dismissal</u> |
| Defendant. | ) | |

This Court, having GRANTED Defendant's Motion to Dismiss First Amended Complaint (Doc. 22), hereby DISMISSES this action.

IT IS SO ORDERED.

                                         <u>/s/ Patricia A. Gaughan</u>
                                         PATRICIA A. GAUGHAN
                                         United States District Judge
                                         Chief Judge

Dated: 6/3/20